UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA KAUFMAN<br><br>      Plaintiffs<br><br>-against-<br><br>MELLISSA GLIATTA<br>THOR EQUITIES LLC, and<br>JOSEPH J. SITT<br><br><br>      Defendants. | Civil Action No.: 3:24-cv-1026 (SFR) |

### PLAINTIFF'S MOTION TO STAY/ HOLD IN ABEYANCE

  The plaintiff moves that the Court hold the defendants' pending dismissal motion, ECF 41, in abeyance, and that this matter be stayed, pending the refiling of this action in the Southern District of New York. This request is made because:

  1. The plaintiff is preparing a revised complaint that, if filed here, would invoke the Rule 15 amendment motion process;

  2. Although case law allows the Court to bypass the forum clause invoked by the defendants, the plaintiff has concluded that it would be more efficient to avoid that time-consuming motion process as well;

  3. By filing anew in the Southern District of New York, as the defendants have made clear that they prefer, the case can begin with the new complaint in a jurisdiction to which

the defendants have no objection, thereby avoiding two motions in this case, with attendant delay, expense and unnecessary impingement upon this Court's resources.

This motion would not normally be necessary, as the plaintiff could voluntarily dismiss the pending complaint. But plaintiff's counsel is not admitted in the Southern District and will therefore be filing for admission *pro hac vice* (he has previously been admitted as such in that jurisdiction in previous cases). The rules of some judges in that District require that the position of the defendants on such a motion be sought. The plaintiff has done so, but the defendants have not responded and have indicated that they may oppose that motion.

For this reason, the plaintiff requests that the Court hold this matter in abeyance and stay proceedings until the Southern District determines the *pro hac vice* request. If the request is granted, as it should be, the plaintiff will move to dismiss the complaint in this Court. If it is denied based on the defendants' opposition, the plaintiff will promptly notify this Court, request that the stay be lifted, and request 10 days to respond to the pending motion.

The plaintiff will be filing in the Southern District within 10 days and keep this Court timely informed as to developments there.

>LAURA W. KAUFMAN, Plaintiff
>
>By:
>
>KAUFMAN PLLC
>
>  /s/ Alan H. Kaufman
>
>Alan H. Kaufman, Esq.
>Bar No. ct 29258
>
>KAUFMAN, PLLC
>200 Park Avenue, 17th Floor
>New York, NY 10167
>Tel: (212) 257-0900
>Fax: (212) 897-2370

akaufman2@kaufmanllc.net

888 16th Street NW, Suite 800
Washington, D.C. 20006

<u>Certificate of Service</u>

The plaintiff has served the aforementioned motion on counsel for the defendants through the Court's ECF system on this day, the 4th of March, 2025.

<u>/s/ Alan H. Kaufman</u>