# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA KAUFMAN<br>              Plaintiffs<br><br>-against-<br><br>MELLISSA GLIATTA<br>THOR EQUITIES LLC, and<br>JOSEPH J. SITT<br><br><br>              Defendants. | Civil Action No.: 3:24-cv-1026 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(B) the plaintiff hereby withdraws and voluntarily dismisses her claim in this matter.

LAURA W. KAUFMAN, Plaintiff

By:

KAUFMAN PLLC

 /s/ Alan H. Kaufman

Alan H. Kaufman, Esq.
Bar No. ct 29258

KAUFMAN, PLLC
200 Park Avenue, 17th Floor
New York, NY 10167
Tel: (212) 257-0900
Fax: (212) 897-2370
akaufman2@kaufmanllc.net

888 16th Street NW, Suite 800
Washington, D.C. 20006

Certificate of Service

    The undersigned hereby certifies that a copy of the foregoing has been served on the defendants through their counsel on this 2nd day of July, 2025 by means of the court's ECF system.

                                               /s/Alan H. Kaufman